**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1303

MARY BARLOW,

　　　　　Plaintiff - Appellant,

　　v.

PETE HEGSETH, Secretary, Department of Defense,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-00104-LMB-IDD)

Submitted:  December 23, 2025　　　　　　　　　　Decided:  December 30, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Jay Kyler, KYLER LAW, LLC, Williamsburg, Virginia, for Appellant.  Erik S. Siebert, United States Attorney, Kirstin K. O'Connor, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Barlow appeals the district court's orders (1) granting in part and denying in part the Department of Defense Secretary's ("DOD") motion to dismiss and for summary judgment on Barlow's discrimination and retaliation claims, brought pursuant to the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*; Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; and the Age Discrimination in Employment Act (ADEA), 29 U.S.C. §§ 621 to 634; and (2) granting DOD summary judgment on Barlow's remaining ADEA discrimination claim.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders, *Barlow v. Hegseth*, No. 1:23-cv-00104-LMB-IDD (E.D. Va. June 23, 2023; Feb. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*